# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3856

_____

Roderick White,                                          *
                                                         *
            Appellant,                                   *
                                                         *
      v.                                                 *
                                                         *
Jonathan Simmons, Dr., Arkansas                          *
Department of Correction; Larry                          *
Bowler, Dr., Arkansas Department                         *
of Correction; Charlotte Green,          *   Appeal from the United States
Infirmary Administrator, East            *   District Court for the
Arkansas Regional Unit, ADC; Tommy       *   Eastern District of Arkansas.
James, Assistant Warden, Tucker          *
Unit, ADC; David White, Warden           *   [UNPUBLISHED]
Maximum Security Unit, ADC;              *
Venita King, Classification Officer,      *
Maximum Security Unit, ADC; Juanita      *
Stell, Infirmary Manager, Maximum        *
Security Unit, ADC; Nnamdi Ifediora,     *
Arkansas Department of Correction,       *
                                                         *
            Appellees.                                   *

_____

Submitted: July 7, 2010
     Filed: July 16, 2010

_____

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Roderick White appeals the district court's[1] adverse judgment in this 42 U.S.C. § 1983 action. Following careful de novo review, see Murphy v. Mo. Dep't of Corr., 372 F.3d 979, 982 (8th Cir. 2004), we agree with the district court that the undisputed evidence presented at a hearing and in support of the parties' summary judgment filings showed that no defendant knowingly compelled White to perform labor that was dangerous to his health or unduly painful, or was deliberately indifferent to his serious medical needs, see Ambrose v. Young, 474 F.3d 1070, 1075 (8th Cir. 2007) (knowingly compelling inmate to perform labor that is beyond inmate's strength, dangerous to his life or health, or unduly painful, violates Eighth Amendment); Pietrafeso v. Lawrence County, S.D., 452 F.3d 978, 983 (8th Cir. 2006) (deliberate indifference may include intentionally denying or delaying access to medical care, or intentionally interfering with treatment or medication that has been prescribed; defendant's gross negligence and inmate's mere disagreement with treatment decisions do not support finding of deliberate indifference). The evidence also established that White did not administratively exhaust, or otherwise allege facts supporting, his retaliation claim.

Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

-2-